STATE of Missouri, Respondent,

v.

John A. ROBINSON, Appellant.

No. WD 38303.

Missouri Court of Appeals,
Western District.

Nov. 25, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and SHANGLER and NUGENT, JJ.

**ORDER**

PER CURIAM.

Appeal from jury trial convictions of burglary in the second degree, § 569.170, RSMo.1978 and stealing property of a value of $150 or more, § 570.030, RSMo.Cum. Supp.1984, and sentence to two concurrent fifteen year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).